# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Roberta Bartucci )   **Bankruptcy No.** 10 B 45321
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on __October 25, 2012 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David P. Leibowitz is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: September 11, 2012

In re: Roberta Bartucci
Bankruptcy No. 10 B 45321

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on September 11, 2012, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

**represented by James L Ebersohl**
James L Ebersohl
11212 S Harlem
Worth, IL 60482

*Trustee*
**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

**U.S. Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Clasee Mail

*Debtor*
**Roberta Bartucci**
14344 Harrison
Posen, IL 60469